In the Matter of 147 EAST 84TH ST. CORP., Respondent, against JOSEPH D. MCGOLDRICK, as State Rent Administrator and Constituting the Temporary State Housing Rent Commission, Appellant.

Submitted May 25, 1953; decided May 29, 1953.

*Harry L. Levine* for motion.

*Beatrice Shainswit* and *Robert H. Schaffer* opposed.

Motion denied, with $10 costs.

FRANCIS W. RUZICKA et al., Copartners Doing Business as "RUZICKA'S", Respondents, *v.* EDWARD RAGER, Appellant. EDWARD RAGER, Appellant, *v.* FRANCIS W. RUZICKA et al., Respondents, et al., Defendants.

Submitted May 18, 1953; decided May 29, 1953.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 191.]